IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ERIC COOPER,                         :
                                     :
      Plaintiff,                  :
                                     :
v.                                   :   Civ. No. 23-168-RGA
                                     :
LT. MOCK, et al.,                    :
                                     :
      Defendants.                 :

## MEMORANDUM ORDER

At Wilmington on this 10th day of September, in 2024;

1. On May 14, 2024, Defendants filed a motion to dismiss. (D.I. 22). Plaintiff failed to timely respond.

2. On May 30, 2024, the Court ordered Plaintiff to file a response to the motion to dismiss on or before June 13, 2024, and advised Plaintiff that his failure to file a response to the motion could result in dismissal of the case for failure to prosecute. (D.I. 24)

3. To date, Plaintiff has responded neither to the motion to dismiss, nor the Courts' May 30, 2024, Order directing him to file a response to the motion to dismiss. The last time Plaintiff filed anything was June 2, 2023. (D.I. 11).

Now therefore, IT IS HEREBY ORDERED that:

1. The Complaint is **DISMISSED without prejudice** for Plaintiff's failure to prosecute this case. It is clear that he has abandoned this case.

2. Defendants' motion to dismiss (D.I. 22) is **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** the case.

_____
United States District Judge